UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MARON ROBINSON, | No. 2:25-cv-1687 CSK P |
| Plaintiff, | |
| v. | ORDER |
| A. SCOTT, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.


Dated: July 22, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/robi1687.36

1