UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MARON ROBINSON, | No. 2:25-cv-1687 CSK P |
| Plaintiff, | |
| v. | ORDER |
| A. SCOTT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On September 15, 2025, plaintiff filed a motion for subpoena to obtain medical records. Plaintiff's motion is premature.[1] Plaintiff is advised that once defendants have filed an answer, and the Court has issued its discovery and scheduling order, plaintiff may request discovery from defendants. Although plaintiff seeks his medical records in order to identify the nurses who treated him on January 19, 2025, which claims are no longer at issue herein (ECF No. 23 at 1), plaintiff's medical records are relevant to his claims for excessive force to demonstrate plaintiff's damages. However, until the Court issues the discovery and scheduling order, plaintiff's motion for a subpoena is premature and is denied.

---

[1] In addition to requesting a copy of his medical records from the prison directly, plaintiff can review his central files by requesting an Olson review. Olson v. Pope, 37 Cal. App. 3d 783 (1974); California Department of Corrections and Rehabilitation, Department Operations Manual (2018), section 13030.16 et seq.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a subpoena (ECF No. 26) is denied without prejudice.

Dated: September 19, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/robi1687.sdt