UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN ROBINSON, | No. 2:25-cv-1687 CSK P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 10, 2025, plaintiff filed a motion for default judgment for defendants' failure to answer. (ECF No. 29.) For the following reasons, plaintiff's motion is denied without prejudice.

Federal Rule of Civil Procedure 55(a) provides that when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the Clerk must enter the party's default. Federal Rule of Civil Procedure 55(b) provides for entering a default judgment on the plaintiff's request by the Clerk when the plaintiff's claim is for a sum certain or in all other cases, by the court. Plaintiff shows no grounds for the Clerk to enter default, or for the Clerk or the Court to enter default judgment against defendants. See Fed. R. Civ. P. 55(a), 55(b). The record for this action demonstrates that defendants are not in default. Defendants filed a timely notice of intent to waive service, and

their deadline to file a responsive pleading has not yet expired. (ECF No. 28.) Therefore, defendants are not in default.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 29) is denied without prejudice.

Dated: October 17, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/robi1687.defj