IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALVIN MARON ROBINSON,**<br><br>                    Plaintiff,<br><br>      v.<br><br>**A. SCOTT, et al,**<br><br>                    Defendants. | Case No. 2:25-cv-1687 CSK P<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF EARLY ADR |

    Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983.  On December 5, 2025, defendants filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution").  (ECF No. 37.)

    After reviewing defendants' motion, and good cause appearing, defendants' motion is partially granted.  Defendants' request to opt out is granted, and the stay of this action is lifted.  However, defendants' request that the Court "set a discovery and scheduling order" (id. at 1:23) is denied because defendants have not yet filed a responsive pleading.  Defendants shall file a responsive pleading within 21 days from the date of this order.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   Defendants' motion to opt out (ECF No. 37) is granted.

    2.   The Court's stay of this action (ECF No. 34) is lifted.

3. Defendants' request to issue a discovery and scheduling order (ECF No. 37) is denied without prejudice.

4. Defendants shall file a responsive pleading within 21 days from the date of this order.

Dated: December 10, 2025

*[signature: Chi Soo Kim]*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/robi1687.opt