1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CALVIN MARON ROBINSON,                No.  2:25-cv-1687 CSK P

12                  Plaintiff,

13        v.                                ORDER

14   A. SCOTT, et al.,

15                  Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983.

18   On December 15, 2025, plaintiff filed a request for the court to appoint counsel at the settlement

19   conference to be conducted under the court's post-screening ADR project.  (ECF No. 40.)

20   However, on December 20, 2025, defendants' motion to opt out of the project was granted, so no

21   settlement conference will be scheduled.  Thus, plaintiff's motion is denied as moot.

22        Further, on December 9, 2025, defendants filed a motion to stay this action.  Therefore,

23   defendants' obligation to file a responsive pleading is vacated pending a decision on the motion to

24   stay.  Plaintiff is reminded that his opposition to the motion for stay is due on December 30, 2025.

25   Local Rule 230(l).

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.  Plaintiff's motion for appointment of counsel (ECF No. 40) is denied; and

28        2.  The order requiring defendants to file a responsive pleading (ECF No. 39) is vacated.

                                          1

Dated:  December 19, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/robi1687.31.vac