UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MARON ROBINSON,<br>Plaintiff,<br>v.<br>A. SCOTT, et al.,<br>Defendants. | No. 2:25-cv-1687 CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On August 7, 2026, plaintiff filed a request for response to several motions, and renewed his request to continue the case. (ECF Nos. 67, 68.) However, these requests were dated July 29 and 30, 2026, respectively, which was before the Court addressed the pending motions in the August 4, 2026 order. (ECF No. 65.) Because plaintiff's requests were already addressed, plaintiff's requests are denied as duplicative.

On August 17, 2026, plaintiff filed a request for status conference, claiming counsel for defendants had not yet filed a responsive pleading. (ECF No. 69.) Plaintiff's request was signed on August 6, 2026, and it appears plaintiff did not yet have benefit of the Court's August 4, 2026 orders. (ECF Nos. 65, 66.) In any event, plaintiff is mistaken; counsel for defendants filed an answer on December 18, 2026. (ECF No. 41.) Further, this Court issued its discovery and scheduling order on August 4, 2026. (ECF No. 66.) Thus, no status conference is necessary, and plaintiff's request is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's requests (ECF Nos. 67, 68, 69) are denied.

Dated: September 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/robi1687.den.dup