UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MARON ROBINSON,<br>Plaintiff,<br>v.<br>SCOTT, et al.,<br>Defendants. | No. 2:25-cv-1687 CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 10, 2025, plaintiff filed his first request for the appointment of counsel, which was denied on July 15, 2025. (ECF Nos. 9, 10.) On December 15, 2025, plaintiff filed a second motion for appointment of counsel, which was denied on December 19, 2025. (ECF Nos. 40, 42.) On February 23, 2026, plaintiff filed a third motion for appointment of counsel, which was dismissed without prejudice due to the stay of the action. (ECF Nos. 48, 52.) On October 6, 2026, plaintiff filed motions for appoint of an expert witness and for issuance of a subpoena, which were denied on October 15, 2026. (ECF Nos. 72, 73, 76.)

On October 8, 2026, plaintiff filed another motion for issuance of a subpoena, and on October 16, 2026, plaintiff filed a fourth motion for appointment of counsel. (ECF Nos. 75, 77.) For the reasons set forth in the Court's prior orders, plaintiff's motions for issuance of a subpoena

and for the appointment of counsel are denied. Plaintiff has again failed to meet his burden of demonstrating exceptional circumstances warranting the appointment of counsel at this time. As explained in the October 15, 2026 order, plaintiff must seek discovery from defendants rather than attempting to subpoena relevant information from nonparties. Plaintiff is directed to the August 4, 2026 discovery and scheduling order which provides specific information as to how to conduct discovery in this case. (ECF No. 66.)

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (ECF Nos. 75, 77) are denied without prejudice.

Dated: October 21, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/robi1687.31.4.sdt