UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MARON ROBINSON,<br>Plaintiff,<br>v.<br>A. SCOTT, et al.,<br>Defendants. | No. 2:25-cv-1687 CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. Plaintiff has renewed his requests for a subpoena to obtain video footage of the incidents underlying plaintiff's allegations herein. (ECF Nos. 80, 81.) Defendants oppose plaintiff's latest request, noting that plaintiff has again failed to seek the video footage through a discovery request. (ECF No. 82.) Plaintiff did not file a reply.

By order filed October 15, 2026, plaintiff's first request for a subpoena to obtain the video footage was denied, and plaintiff was informed that he must seek this video footage directly from defendants through discovery. (ECF No. 76 at 4.) Plaintiff was advised to follow the instructions provided in the discovery and scheduling order to seek the video footage through written discovery requests propounded to defendants. (Id.) Defendants' declaration confirms that plaintiff did not seek the video footage through discovery. (ECF No. 82-1.) Plaintiff did not file a reply or otherwise refute defendants' declaration. Plaintiff's requests for subpoenas are denied.

///

Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for subpoenas (ECF Nos. 80, 81) are denied without prejudice.

Dated: November 13, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/robi1687.subp3